### No. 516

No. 19529—Abner G. Webb, et al. v. Western Reserve Bond & Share Co., et al. Error to the Counrt of Appeals of Trumbull County.

941. PRACTICE AND PROCEEDURE.

Where facts are undisputed and material issues conceded, it is the duty of the court to direct a verdict, and it becomes the action of the court and not of the jury.

857. NUNC PRO TUNC.

If judgment and verdict of the court are erroneous by reason of mistake of the clerk of court at a subsequent term may be amended by such an entry.

719. LIENS.

Where motion was made for a nunc pro tunc entry and preexisting creditors having knowledge that the faulty judgment had been rendered against one of the parties only, and having knowledge that all the parties supposed it was rendered against the owner of the premises, filed against the other party in attachment, such creditor's did not obtain priority against plaintiff's judgment lien.

## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879
Issued Every Saturday          50 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS
One year (50 issues) Payable in Advance........$15.00
Single Numbers .................................... .35
       When cash is mailed to us in advance
                20 per cent discount

THE LAW ABSTRACT COMPANY
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.
Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

Perhaps some of our readers may not be familiarized with the link system of digesting now used quite extensively in the Abstract each week, sufficiently to understand its use and advantages. Hence we are calling attention to certain features of its that commends its use.

When an inquirer desires to find authority upon any point, he should, look to the pertinent subject in the digest, and if the paragraphs under it do not reveal what he is seeking, he should investigate the cross references and see what they may produce. To do this he should turn, by its number, to each subject specified, as "See" or as "See also," and trace out what it decides. Each one of the numbers means that under its subject, in the weekly or other digest he is reading, there is possibly another decision upon the point, involved in his search. The paragraph under the subject turned to, is indexed and linked back, by the subject number enclosed in parenthesis.

Nothing can be simpler. On page 399 in this week's Digest," 187 Building, see 9917 will be found. This means that a look should be made, to subject 997, in the digest. There he will find, in the second paragraph under "Real Estate" a decision involving one phase of the subject of Building. See also explanation on page.

Anxiety to have the Abstract mailed more nearly on time than it has been since the recent change of its publication day, to Saturday, led us last week, in order to get out on time, to omit the usual digest. This week we are back to normal again, except that we have not yet published the earlier digests for the month. As next week's paper will be the last of the month, and as there will be no Abstract the following week, that of July 4, we will insert next week, the full June Digest.

### STATE BAR ASSN. PROGRAM

The tentative program for the Annual meeting of the Ohio State Bar Association, has been announced. The sessions begin at 2:00 P. M. on Tuesday, July 6. There will be morning and afternoon sessions on Wednesday and the usual Banquet will be given on Wednesday evening. On the program for Tuesday Evening is an address by Hon. Thomas F. Howe of Chicago. On Wednesday afternoon addresses are to be given by Judge Lowis B. Ewbank, chief justice of Indiana and Hon. Luther Day of Cleveland. At the Banquet, Hon Chas. S. Whitman of New York, and Hon. James T. Begg, Ohio Congressman, will be heard. Committe Meetings and reports, conferences of delegates and discussions upon various topics are to. be interspered. An interesting occasion can be relied upon. On Thursday, a session is set for 10 A. M. and adjournment by noon, will be made, a reduced railroad rate is available to members of the association and their families, who request certificates when they purchase their railway tickets.

## Supreme Court Cont'd from Page 395

JONES, J.

1. If the material issues are conceded or are established beyond dispute, it is the duty of the court to direct a verdict against the party failing of proof on such issue. The verdict responsive of the decision, and direction of the court, becomes the action, not of the jury, but of the court.

2. If the verdict and judgment thereon, by reason of the mistake and omission of the clerk, does not respond to the court's decision and direction the trial court may, at a subsequent term, amend the judgment rendered at the former term, as against the parties to the suit, by a **nunc pro tunc** entry so as to make the judgment accord with the decision actually rendered by the trial court at the former term.

3. At a subsequent term, on January 20, 1923 the plaintiff filed a motion for an order **nunc pro tunc**, to so correct its judgment as to make it speak the truth in respect to the court's decision made at the former term.

On the same day pre-existing creditors with knowledge at the time that a judgment had been previously rendered against one of the parties only and having knowledge that all the parties supposed that it was also rendered against the owner of the premises, filed their petition in attachment against such owner; the attachments were levied on the premises at a time subsequent to the filing of plaintiff's motion for such **nunc pro tunc** order.

HELD:— That such pre-existing creditors did not obtain priority as against the plaintiff's judgment lien.

Judgment affirmed.

Marshall, C. J., Jones, Matthias, Day and Kinkade, JJ., concur.